# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN ROLAN, #201901143 | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-704-S-BN |
| BRYAN GORDY | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 20, 2021.

UNITED STATES DISTRICT JUDGE